## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA, ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CASE NO.  21-CR-00365-DLF** |
| | ) | |
| **BRUCE J. HARRISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ENTRY OF APPEARANCE

    Now comes the Defendant, BRUCE J. HARRISON, by and through his attorney, BAKU N. PATEL of PATEL LAW, P.C., and enters his appearance as counsel of choice.

                                       Respectfully submitted,

                                       s/Baku N. Patel
                                       Baku N. Patel - Bar No.: 6244272
                                       Attorney for Defendant
                                       Patel Law, P.C.
                                       Attorneys at Law
                                       108 W. University Ave.
                                       Urbana, Illinois 61802
                                       Telephone:  (217) 384-1111
                                       Fax:  (217) 384-7058
                                       E-mail: Baku@patellawteam.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA, ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CASE NO.  21-CR-20012 |
| | ) |
| **BRUCE J. HARRISON,** | ) |
| | ) |
| **Defendant.** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> United States Attorney
> District of Columbia

> s/Baku N. Patel
> Baku N. Patel - Bar No.: 6244272
> Attorney for Defendant
> Patel Law, P.C.
> Attorneys at Law
> 108 W. University Ave.
> Urbana, Illinois 61802
> Telephone:  (217) 384-1111
> Fax:  (217) 384-7058
> E-mail: Baku@patellawteam.com