## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**DOUGLAS K. WANGLER &**
**BRUCE J. HARRISON**

     **DEFENDANTS.**

_____/

Case No.: 21-CR-365-DLF

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel hereby moves to withdraw his appearance as counsel, pursuant to Local Criminal Rule 44.5(d), on behalf of Defendant's Douglas K. Wangler & Bruce J. Harrison in the above-captioned action. In support thereof the undersigned states that his withdrawal will not unduly delay trial of the case nor be prejudicial as both Defendant's remain represented by Lead Counsel Baku Patel, who was admitted pro hac vice on June 25, 2021.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this request.

Dated July 26, 2021

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Charles@CharlesHaskell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2021 I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:  July 26, 2021                                         /s/ Charles R. Haskell
                                                              Charles R. Haskell