**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-cr-365-DLF |
| | : | |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in a Capitol |
| v. | : | Building) |
| | : | |
| BRUCE J. HARRISON, | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

1. The Government respectfully submits the following Statement of Offense in support of a plea of guilty by defendant Bruce J. Harrison to Count Four of the Information in the above-captioned matter.

2. If this case were to go to trial, the government would prove the following facts beyond a reasonable doubt:

3. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

4. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

5. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

6. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

7. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

8. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

9. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

10. Douglas Wangler and Bruce Harrison traveled together from Illinois to Washington, D.C. to attend a rally in support of then-President Donald Trump, held the morning of January 6.

11. After President Trump's speech, Wangler and Harrison walked to the U.S. Capitol Building, with a large group of people. When they arrived, Wangler and Harrison saw a violent crowd, whose members were climbing scaffolding, pushing against barricades, and throwing objects at law enforcement. Based on their observations, they knew that they were not permitted to the enter the U.S. Capitol.

12. At approximately 3:00 p.m., Wangler and Harrison walked around to the east side of the Capitol Building and entered through an open door. As they approached the open door,

Harrison could see that windows had been broken on both sides of the doors and that glass had been scattered on the ground. Harrison saw a white dust or powder on the floor, which he assumed to be mace.

13. Once inside the Capitol Building, Wangler and Harrison walked down a hallway to the Crypt. There, Harrison recorded a short video of Wangler, in which Wangler pumped his fist. Harrison sent the video he recorded of Wangler in the Crypt to several individuals.

14. At approximately 3:20 p.m., Wangler and Harrison exited the Capitol Building through a door in the Senate Wing.

15. Harrison knew, at the time he entered the U.S. Capitol, that he was not permitted inside and understood his actions to be unlawful.

16. By entering and remaining in the U.S. Capitol Building in the manner described above, Harrison willfully and knowingly paraded, demonstrated, or picketed in any U.S. Capitol Building.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ Alexis Loeb
Alexis Loeb
C.A. Bar No. 269895
Assistant United States Attorney
Detailee

## DEFENDANT'S ACKNOWLEDGMENT

I, Bruce J. Harrison, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/1/21

Bruce J. Harrison
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/1/21

Baku Patel
Attorney for Defendant