John Thompson
7870 E. 1950 N. Rd.
Oakwood, IL. 61858
217-446-5008
jakkthompson@comcast.net

12-05-21

RE: Doug Wangler and Bruce Harrison

To The Presiding Judge

I would like to take a moment to introduce myself; my name is John Thompson and I'm a retired Police Commander from Danville, IL. During my tenure I was also considered an expert witness in the U.S. Central District Court of Illinois.

I have known Doug and Bruce for over forty years. Doug and I grew up together and Bruce in the neighboring town. I know both their families and can attest to the way both where raised. Doug and Bruce were raised in families that stressed the importance of honesty, integrity and pride. Doug and Bruce are both fathers and I've watched them raise their children with the same morals and values that they have practiced throughout their lives.

Doug and Bruce have always been involved with the community whether it be volunteering with the youth sports, helping a neighbor or taking care of elderly family members. Doug and Bruce have always been two men that could be counted on to help.

It is my hope the court will take this letter into consideration at Doug and Bruce's sentencing hearing. Doug and Bruce have been excellent fathers, trusted members of their communities and good friends to all that know them.

In closing, it is without reservation that I write this character reference. Doug and Bruce are exceptional men, with whom I am honored to have associated with.

Please feel free to contact me with any additional questions and/or concerns.

Sincerely,

John Thompson

December 5, 2021

Your Honor,

I am writing a character reference for my father, Bruce Harrison, who is being charged for parading, demonstrating, or picketing in a Capitol Building.

Me and my family were very surprised to hear that he would do anything that is considered to be a crime. My whole life, he has been a supportive and involved father, teaching us right from wrong and making sure we grow into respectable and responsible adults.

My father is always volunteering his time with all of our activities, from baseball and football coaching, to assisting with my softball teams. He is always one of the first parents to step up when one of the teams need something.

He attends school board and town meetings, because he likes to stay involved in what is happening in our areas. His father is the mayor of our small town, and I believe my Dad gets his civic minded qualities from him (my grandfather). My father is a good person and a role model for us to look up to.

Thank you for allowing me a chance to tell you about my Dad.

Sincerely,

Lacey Harrison

*Lacey Harrison*

# OAKWOOD YOUTH FOOTBALL

September 16, 2021

Subject: Bruce Harrison

To Whom it May Concern:

We are very pleased to write a character reference letter for Bruce Harrison. Bruce has been a vital member of our youth football program since 2007 when he first began volunteering. He has been our franchise holder since 2010, which means he is our representative on the League board, and works together with the other representatives to make the season run smoothly each year.

Bruce is passionate about volunteering in the community and giving his time to help wherever he is needed. He enjoys teaching kids the value of being a part of a team and helping them learn and love the game of football.

Bruce always presents himself very professionally and has proven himself to be an upstanding member of our community and an invaluable parent, friend, and volunteer. We hope you are able to see these qualities in Bruce as we do.

Sincerely yours,

*[signature]*
217-841-0575
Bart Huchel - Oakwood Youth Football Board President

*[signature]*

Carrie Wait - Oakwood Youth Football Board Treasurer

To whom it may concern, December 5, 2021

This letter is a character reference for Bruce Harrison, who has been charged with parading, demonstrating, or picketing in a Capitol Building.

The news of Mr. Harrison being charged for a crime was a shock to our small-town community. Fithian Illinois has benefited greatly from his voluntary dedication to improving our youth baseball program.

In 2010 Bruce took over as president of the Fithian Muncie Little League baseball program after the previous president resigned. Since then, besides running the program operations and management, he also raised funds to improve the town owned baseball park with the following improvements:

- Re-furbished the baseball dugouts.
- Installed a 70 foot batting cage.
- Installed outfield fences bordering the basketball court and playground.
- Extended the infield play area 5 feet.
- Installed our first electronic scoreboard.

Our team is not large, 30 – 50 players per season over 4 age groups. Finding people to volunteer the time required to run a program is difficult in a small-town (population 500). Bruce also coached teams every year, sometimes more than one team. No one person has added more improvements to our park since its existence. He achieved all of this with little or no expense to the town of Fithian.

People like Bruce are hard to come by. I know him well enough to attest to his character because he is also my oldest son.

Sincerely,

*[signature]*

John W. Harrison Jr.
Mayor of Fithian, IL

December 6, 2021

Your Honor,

Our oldest child of five children is Bruce Harrison. He has always taken that position seriously by being a leader and setting a good example for his siblings. Now that he is an adult he continues to support his family, friends and community

Bruce has introduced his three children to the opportunities available to them in life and helps them make good choices and decisions for their futures. By his guidance they have achieved in school in academics, sports and music. All three children play an instrument well.

By choosing a career in the medical field, Bruce continues to help people. He became a radiology technician and advanced to being a dosimetrist so that he not only administered doses but could calculate them as well. Now he works from home selling state of the art equipment to hospitals here and abroad.

Our communities have thrived under his guidance also by countless hours of volunteering and sacrificing. Bruce has worked intently to make programs for children successful in football and baseball by being a major contributor as well as a president and board member.

Bruce has a good heart and common sense. He has suffered anguish and mental stress over an innocent trip to our Capitol for a day of fun with a friend. He and his family have been punished financially as well.

Please know that his father and I are so proud of the man he has become and will be even more proud of the model citizen he continues to be.

Sincerely,


Lora I Harrison

Proud Mother