Cathi Fritz
401 S. Oakwood Street
Oakwood II, 61858

December 5th, 2021

RE: Doug Wangler

Dear Judge Friedrich,

I have known Doug Wangler since 1979 when he moved to Oakwood. He was in the 3rd grade and I was 6 years old. Doug quickly became a fixture in our home. He grew up alongside me and my sister, swimming in our pool, laughing, eating, teasing, and spending a great deal of our lives together through high school. Long after my sister and I left for college, moved away, got married and had children, Doug was often still at home with our Mom and Dad. If they needed help with anything, Doug was always the first call, and the first to show up to help.

Doug was and is one of the most trustworthy, honest, and kindest people I have ever met. I have often said I would trust Doug with my children, my checkbook, and the keys to my house. Three years ago, my husband and I decided to move back to my hometown to be closer to my aging parents. Doug helped us clean, move furniture, remodel, whatever we needed. He has the combination to my parent's home and our home and access to everything we own. Even though Doug has access, he never uses or abuses it, sometimes to my frustration. It would be easier if he just helped himself, but that's not who he is. He would never enter without an invitation or take anything that did not belong to him.

Doug is not only helpful, honest, and hardworking, he also cares for his aging mother. She does not drive, so he takes her shopping, takes care of her home and drives her to all of her appointments. Doug takes care of his mom and everyone in his life to the best of his ability. I can honestly say, without a doubt, Doug is a good person. Not just to people he loves and that love him, he is good to his core.

Our 21 year old daughter Baptized Doug in our pool in this past August. She asked him if he believed and if he wanted to be baptized, Doug didn't hesitate, he said yes. She baptized him at that moment, in his shirt and shorts. We cried and we laughed. I was so honored to share that moment with him. I didn't need more evidence of Doug goodness, but I got it. Doug is not perfect. He often talks more than he listens, which I frequently scold him for, but he is humble, sincere, kind, and gracious.

This legal situation has cost him far more than he can afford. Whatever grace you can extend, I humbly ask that you extend to him. Doug is upstanding citizen and a benefit to our community.

Sincerely,

Cathi Fritz

Village of Oakwood Trustee

Your Honor,

I am writing this letting on behalf of my father, Douglas Wangler. Growing up my father has always been a huge part of my life and he has everything to do with the person that I am today. My father taught me a lot about how to love and respect myself and others, to appreciate the little things in life, and to always put family above anything else. I am very blessed to have such a present and caring father in my life.

I have seen through my friends experiences that not everyone is so fortunate. I have never known a Christmas, birthday, or special event without my father. He has been there for every single important milestone in my life and is always finding ways to make them extra special. Even when we had very little, we always had each other, and now being a parent myself, I see how important that is. It is not about what you have, it is about who you have.

One thing I was always sure of is that I would have a father who loved me and did his very best for me no matter the circumstances. He has always been an excellent father to my brother and I and now he is an incredible grandfather to my 18 month old son, Lennox.

Not a day goes by when he doesn't call or come to see Lennox. On most days the first thing Lennox does when he wakes up is says, "I call Umpa." The connection they have is unbreakable, and I hope Lennox never has to go a day without seeing or talking to his best friend.

My father's father walked out of my life when I was young and it still impacts me to this day. I don't think I will ever fully heal from that. I pray that my son never has to go through such a thing and that he may always have his "Umpa" by his side.

I come from a very close knit family and we rely on one another for almost everything. We speak to or see each other on a daily basis. My father takes care of my grandmother by helping with daily tasks, providing financial assistance, and managing her health. She is unable to drive and he is responsible for taking her to doctor's appointments, the grocery store, and any where else she may need to go.

He checks on her every day and they have dinner together every night. My father lives right down the road from his mother and can be there in two minutes if she ever is in a state of emergency, which is very important as she gets older. The impact he has on her life is critical to ensure she is well taken care of.

My father is a good man who loves deeply, cares about others more than he does himself, and does not know a stranger. He is selfless and kind. He respects others and is always willing to lend a hand to anyone in need. I hope that you will take all of this into consideration while making your decision. I believe that people make mistakes and even great people do regrettable things. I'm certain my father knows that what he did was a mistake. I am also certain he has learned from his mistake and greatly regrets his actions. I truly appreciate the opportunity to write on my father's behalf.

Sincerely,

Matteson Lee

John Thompson
7870 E. 1950 N. Rd.
Oakwood, IL. 61858
217-446-5008
jakkthompson@comcast.net

12-05-21

RE: Doug Wangler and Bruce Harrison

To The Presiding Judge

I would like to take a moment to introduce myself; my name is John Thompson and I'm a retired Police Commander from Danville, IL. During my tenure I was also considered an expert witness in the U.S. Central District Court of Illinois.

I have known Doug and Bruce for over forty years. Doug and I grew up together and Bruce in the neighboring town. I know both their families and can attest to the way both where raised. Doug and Bruce were raised in families that stressed the importance of honesty, integrity and pride. Doug and Bruce are both fathers and I've watched them raise their children with the same morals and values that they have practiced throughout their lives.

Doug and Bruce have always been involved with the community whether it be volunteering with the youth sports, helping a neighbor or taking care of elderly family members. Doug and Bruce have always been two men that could be counted on to help.

It is my hope the court will take this letter into consideration at Doug and Bruce's sentencing hearing. Doug and Bruce have been excellent fathers, trusted members of their communities and good friends to all that know them.

In closing, it is without reservation that I write this character reference. Doug and Bruce are exceptional men, with whom I am honored to have associated with.

Please feel free to contact me with any additional questions and/or concerns.

Sincerely,

*[signature]*

John Thompson

December 4th, 2021

Patricia A. Wise
P. O. Box 667
103 Penz Dr.
Oakwood, IL  61858
217-474-8324
patpa1950@sbcglobal.net

Re:  Reference for Douglas K. Wangler

To Honorable Judge Dabney L. Friedrech:

My name is Patricia Wise.  I am a retired elementary school teacher and currently work as a United Methodist clergy.  I have lived across the street from Donna Wangler Hohmann, the mother of Douglas K. Wangler, for about twenty years.

I am writing this letter to affirm that Douglas K. Wangler is a good son who cares for his mother both financially and physically.  He is also a caring father who strives to provide support for his grown children.

Recently, I had a new roof put on my home.  Roofs by Roger was the company responsible for completing the task.  Douglas K. Wangler works for this company and was the foreman responsible for overseeing the job.  Doug was very thorough in seeing that the job was completed in a timely and above standard way.  Douglas possesses a high work ethic and displays dependability, responsibility and consistency in his job performance.

I can say that in all the time I have known Douglas K. Wangler, he has been a decent and hardworking individual.   Thank you for your time.

Sincerely,

*Patricia A. Wise*
Patricia A. Wise