UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00365-DLF |
| | : | |
| DOUGLAS K. WANGLER and BRUCE J. HARRISON, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEOS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on December 15, 2021 via USAfx, in response to the Court's minute order relating to tomorrow's sentencing hearing. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. A file entitled "Senate Wing Door," which is a video clip from Capitol surveillance footage showing the defendants' entry in to the U.S. Capitol.

2. A file entitled "Video from Wangler phone," which is a video that Bruce Harrison filmed and sent via text to Douglas Wangler. It shows Wangler in the Crypt of the Capitol.

3. A file entitled "House Wing Door," which is a video clip from Capitol surveillance footage. At approximate timestamp 1:00-1:20, the video shows the defendants interacting with a group of law enforcement officers in the upper right-hand corner of the frame.

The government will also provide a disc with the video clips to chambers. If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

> Respectfully submitted,
>
> MATTHEW M. GRAVES
> UNITED STATES ATTORNEY
> DC Bar No. 481052
>
> /s/ Alexis J. Loeb
> ALEXIS J. LOEB
> CA Bar No. 269895
> Assistant United States Attorney
> Detailee
> U.S. Attorney's Office for the Northern District of California
> 450 Golden Gate Ave., 11th Floor
> San Francisco, CA, 94102